UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>)<br>Kelvin Antonio Beltran-Lopez )<br>Defendant(s) ) | CRIMINAL NO. 08 CR 594 JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07266298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Rolando Calderon-Rosales

DATED: 3-4-08

RECEIVED _____
DUSM

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082