|   |   |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | REBECCA S. KANTER |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 230257 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6747 / Fax: (619) 235-2757 |
|   | Email: Rebecca.Kanter@usdoj.gov |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8     UNITED STATES DISTRICT COURT

9     SOUTHERN DISTRICT OF CALIFORNIA

| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0594-JM |
|---|---|---|---|
| 11 | Plaintiff, | ) |   |
|   |   | ) | NOTICE OF APPEARANCE |
| 12 | v. | ) |   |
| 13 | KELVIN ANTONIO BELTRAN-LOPEZ, | ) |   |
| 14 | Defendant. | ) |   |
| 15 |   |   |   |

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18   I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20   The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23   activity in this case:

24   <u>Name</u> (If none, enter "None" below)

25   None.

26   //

27   //

28   //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):

5 | Name (If none, enter "None" below)

6 | None.

7 | Please call me if you have any questions about this notice.

8 | DATED: March 31, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Rebecca S. Kanter*
REBECCA S. KANTER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Rebecca.Kanter@usdoj.gov

2

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,           )   Criminal Case No. 08CR0594-JM
                              Plaintiff,           )
                                  v.           )   CERTIFICATE OF SERVICE
KELVIN ANTONIO BELTRAN-LOPEZ,    )
                              Defendant.           )

IT IS HEREBY CERTIFIED THAT:

    I, REBECCA S. KANTER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Russell S. Babcock, Esq.

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on March 31, 2008.

                                  /s/ *Rebecca S. Kanter*
                                  REBECCA S. KANTER
                                  Assistant U.S. Attorney